No. 91–5712. MESSIH v. LEVINE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–5715. BARNETT v. KAISER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–5717. BILAL v. STEPHENS ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–5718. ABERCROMBIE v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 91–5721. TAXEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–5722. WILLIAMS v. STATE FARM AUTOMOBILE INSURANCE CO. Ct. App. Mich. Certiorari denied.

No. 91–5724. HUNTER v. CLARK ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–5733. JOHNSON v. GUSTE, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5737. MARTIN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–5743. ELLIS v. BALTIMORE COUNTY DEPARTMENT OF COMMUNITY DEVELOPMENT AND HOUSING OFFICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5744. AZIZ v. ST. LOUIS COUNTY ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–5749. JONES v. CHECKETT, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF MEDICAL SERVICES. C. A. 8th Cir. Certiorari denied.

No. 91–5751. GROFF v. PEREZOUS ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5754. EDWARDS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.